

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EMMANUEL ARMENDARIZ, | § | No. 08-13-00125-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 409th District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20100D06116) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **November 20, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo N. Lerma, Sr., the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **November 20, 2013.**

IT IS SO ORDERED this 9th day of October, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.